# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**Ohio Right to Life Society, Inc.,**

    **Plaintiff,**

**-v-**           **Case No.: 2:08-cv-00492**
         **JUDGE SMITH**
         **Magistrate Judge Deavers**

**Ohio Elections Commission,** *et al.***,**

    **Defendants.**

## ORDER

    This matter is before the Court on Plaintiff Ohio Right to Life Society, Inc.'s Motion to Dismiss its remaining claims with prejudice (Doc. 101). Defendants have filed a response and subject to some reservations as set forth in their Response (Doc. 102), do not oppose the dismissal of this case. Accordingly, Plaintiff's Motion to Dismiss is **GRANTED** and all remaining claims and causes of action in this case are hereby dismissed with prejudice. The only remaining issue before the Court is Plaintiff's Motion for Attorney Fees and Costs which the Court will address in a separate opinion and order.

    The Clerk shall remove Document 101 from the Court's pending motions list and shall remove this case from the Court's pending cases list.

    **IT IS SO ORDERED.**

                          */s/ George C. Smith*
                          **GEORGE C. SMITH, JUDGE**
                          **UNITED STATES DISTRICT COURT**